UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SHAIR ALI,                                                                              Docket No. 22-cv-5765

                              Plaintiff,

      -against-                                                                      **PETITION FOR REMOVAL**
                                                             **OF ACTION UNDER 28**
HOME DEPOT U.S.A., INC. D/B/A HOME DEPOT         **U.S.C. §1446(a) DIVERSITY**

                              Defendant.
-------------------------------------------------------------------X

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT,
EASTERN DISTRICT OF NEW YORK**:

      **PLEASE TAKE NOTICE** that Defendant HOME DEPOT U.S.A., INC. ("Home Depot"), sued herein as, HOME DEPOT USA, INC. D/B/A HOME DEPOT, hereby submits this Petition for Removal, with full reservation of all defenses, from the Supreme Court of the State of New York, County of Queens, to the United States District Court, Eastern District of New York in accordance with 28 U.S.C. §1446 and respectfully represents as follows:

### PLAINTIFF'S COMPLAINT AND NATURE OF THE ACTION

    1.    This action was commenced against Home Depot in the Supreme Court of the State of New York, County of Queens, with the Index Number 727115/2021 and was electronically filed on December 8, 2021.

    2.    Pursuant to 28 U.S.C. §1446(a), a copy of the Complaint is attached hereto as **Exhibit "A."**

    3.    In his Complaint, Plaintiff alleges personal injury from an incident which occurred on or about August 24, 2019, at 11220 Rockaway Boulevard, South Ozone Park New York 11420, New York, in the County of Queens, City and State of New York due to Defendant's negligence (See ¶s 36 and 37 of **Exhibit "A"**).

4. The New York Secretary of State was served with the Complaint on December 21, 2021.

## **DIVERSITY JURISDICTION IS PROPER**

5. No further proceedings have been had in the Supreme Court of the State of New York, County of Queens, as of the date of the filing of this Petition for Removal.

6. This Court has original jurisdiction over this civil action pursuant to 28 U.S.C. §1332. The Plaintiff's counsel has advised that his client has had two surgeries as a result of the alleged incident and was scheduled to undergo a third surgery. Based upon Plaintiff's counsel's statements that the alleged damages in this matter would be in excess of $75,000, exclusive of interest and costs and complete diversity of citizenship exists between Plaintiff and Defendant Home Depot U.S.A., Inc.

## **DIVERSITY EXISTS**

7. This firm represents Defendant Home Depot in this action.

8. At the time that this action was filed, Home Depot, was and still is a corporation organized and existing under the laws of the State of Delaware and having the principal place of business at 2455 Paces Ferry Road SW, Atlanta, Georgia.

9. Pursuant to 28 U.S.C. section 1332(c), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." For the purposes of federal diversity jurisdiction, based upon the above, Defendant is not citizens of the State of New York.

10. The Plaintiff, in the Complaint, alleges to be a citizen of the State of New York with a residence in the County of Queens **Exhibit "A"**.

11. Therefore, this action may be removed to this Court pursuant to 28 U.S.C. §1441.

## THE AMOUNT IN CONTROVERSY REQUIREMENT IS SATISFIED

12. Plaintiff's counsel has advised that his client has had two surgeries as a result of the alleged incident and was scheduled to undergo a third surgery. Based upon Plaintiff's counsel's statements that the alleged damages in this matter would be in excess of $75,000, exclusive of interest and costs. Plaintiff's Verified Complaint cannot state the amount of damages Plaintiff deems herself entitled to (CPLR 3107(c)).

13. Home Depot reserves its rights to contest the nature and extent of liability of plaintiff's damages. Nevertheless, if liability is ever established, the allegation that Plaintiff sustained serous personal injuries, if proven, may convince a trier of fact to award such injured plaintiff an amount in excess of $75,000.

## REMOVAL IS TIMELY

14. Pursuant to 28 U.S.C. §1446(b), which provides that a Notice of Removal shall be filed within thirty (30) days after receipt by defendant, by service or otherwise, of the initial pleading or of an amended pleading, motion, order or other paper from which it may first be ascertained that the case is one which is or has become removable, this Petition for Removal is timely filed.

## NOTICE

15. Pursuant to 28 U.S.C. §1446, a copy of this Notice of Removal is being filed with the Supreme Court of the State of New York, County of Queens.

## VENUE IS PROPER

16. The United States District Court for the Eastern District of New York includes the county in which the state court action was pending (Eastern County) and thus, pursuant to 28 U.S.C. §124(b)(2), venue is proper.

## **RESERVATION OF DEFENSES AND RIGHTS**

17. Home Depot reserve all defenses, including, without limitation, the defense of lack of personal jurisdiction.

18. Home Depot reserves the right to amend or supplement this Petition for Removal.

19. If any question arises as to the propriety of the removal of this action, Home Depot respectfully requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

**THEREFORE**, all parties to the Civil Action pending in the Supreme Court of the State of New York, County of Queens, Index No. 727115/2021 are **HEREBY NOTIFIED** pursuant to 28 U.S.C. §1446 and Local Civil Rule 81.1, as follows:

Removal of the Civil Action and all claims and causes of action therein is effected upon the filing of a copy of this Notice of Removal with the Clerk of the State Court pursuant to 28 U.S.C. §1446.  The Civil Action is removed from the State Court to the United States District Court, Eastern District of New York. The parties to the Civil Action shall proceed no further in the State Court.

**WHEREFORE**, Defendant HOME DEPOT U.S.A., INC., sued herein as, HOME DEPOT USA, INC. D/B/A HOME DEPOT, prays that this cause of action now pending in the Supreme Court of the State of New York, County of Queens, be removed to the United States District Court, Eastern District of New York.

Dated: New York, New York
September 27, 2022

AARONSON RAPPAPORT FEINSTEIN &
DEUTSCH, LLP

By: *Peter J. Fazio*
_____
Peter J. Fazio (PJF1211)
*Attorneys for Defendant*
*HOME DEPOT U.S.A., INC.*
600 Third Avenue
New York, New York 10016
212-593-5458
pjfazio@arfdlaw.com

TO:

Michael G. LoRusso, Esq.
Michael G. LoRusso, P.C.
*Attorneys for Plaintiff Shair Ali*
316 Jackson Avenue
Syosset, New York 11791
516-921-4305